AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Holiday Systems International Of Nevada,

　　　　　　　　　Plaintiff,

V.

Illusion Boutique Hotel,

　　　　　　　　　Defendant.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:10-cv-00592-MMD-RJJ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

　IT IS ORDERED AND ADJUDGED

that Judgment is entered in favor of Plaintiff Holiday Systems International of Nevada d/b/a Holiday Systems International and against Defendant Illusion Boutique Hotel in the amount of $110,372.37 for actual damages and $65,467.30 for attorneys fees and costs plus accrued interest from the date of the judgment until paid.

October 26, 2012
Date

/s/ Lance S. Wilson
Clerk

/s/ Ari Caytuero
(By) Deputy Clerk